**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny RIGMAIDEN, Defendant–Appellant.**

**No. 05–10252**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Lubbock, TX, for Plaintiff–Appellee.

Johnny Rigmaiden, Spur, TX, pro se.

Randol Lane Stout, Law Office of Randol L. Stout, San Angelo, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Johnny Rigmaiden on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rigmaiden has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.